UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1374 (L)
(5:24-cv-00477-FL)

_____

PERDUE FARMS INCORPORATED

       Plaintiff - Appellant

v.

KEITH E. SONDERLING, in his official capacity as Acting Secretary of the
United States Department of Labor; PAMELA KULTGEN, in her official
capacity as an Administrative Law Judge of the United States Department of
Labor; UNITED STATES DEPARTMENT OF LABOR; THE OFFICE OF
ADMINISTRATIVE LAW JUDGES OF THE UNITED STATES
DEPARTMENT OF LABOR; CRAIG WATTS

       Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the motion for leave to file

answering brief of 12,000 words on behalf of the federal defendants, the court

grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk