FILED: November 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1374 (L)
(5:24-cv-00477-FL)

---

PERDUE FARMS INCORPORATED

Plaintiff - Appellant

v.

KEITH E. SONDERLING, in his official capacity as Acting Secretary of the United States Department of Labor; PAMELA KULTGEN, in her official capacity as an Administrative Law Judge of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; THE OFFICE OF ADMINISTRATIVE LAW JUDGES OF THE UNITED STATES DEPARTMENT OF LABOR; CRAIG WATTS

Defendants - Appellees

---

O R D E R

---

For reasons appearing to the court, this appeal is placed in abeyance pending a decision by the Supreme Court of the United States in *Department of Labor v. Sun Valley Orchards*, S.Ct. No. 25-966.

For the Court -- By Direction

/s/ Nwamaka Anowi, Clerk